Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-303-134

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 08, 2022

---

## Title

**Title of Work:** 3 Amigos

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 17, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

---

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022



3 Amigos

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-302-041

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

**Title of Work:** Affirmation III

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 20, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022

Page 1 of 2



Affirmation III

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-301-807

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 01, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Baked Ham |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | April 27, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Lucia Heffernan |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lucia Heffernan |
| | 153 W 2100 S, SALT LAKE CITY, UT, 84115 |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Lucia Heffernan |
| **Email:** | lucia.h.assistant@gmail.com |
| **Telephone:** | (801)674-9179 |
| **Address:** | 153 W 2100 S |
| | SALT LAKE CITY, UT 84115 |

## Certification

| | |
|---|---|
| **Name:** | Lucia Heffernan |
| **Date:** | April 26, 2022 |



Baked Ham

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-301-773

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 01, 2022

---

## Title

**Title of Work:** Bath Time

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 08, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022



Bath Time

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-301-514

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
May 31, 2022

---

## Title

**Title of Work:** Casanova

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 22, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022



Casanova

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-302-038

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

**Title of Work:** Cat on a Throne

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 07, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

---

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022



Cat on a Throne

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-272-060

**Effective Date of Registration:**
September 17, 2021
**Registration Decision Date:**
October 19, 2021

---

## Title

**Title of Work:** Chicken For Dinner?

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 20, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan



Chicken for dinner?

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-302-042

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Dog Gone Funny |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | April 13, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Lucia Heffernan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Lucia Heffernan |
|  | 153 W 2100 S, SALT LAKE CITY, UT, 84115 |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Lucia Heffernan |
| **Email:** | lucia.h.assistant@gmail.com |
| **Telephone:** | (801)674-9179 |
| **Address:** | 153 W 2100 S |
|  | SALT LAKE CITY, UT 84115 |

## Certification

|  |  |
|---|---|
| **Name:** | Lucia Heffernan |
| **Date:** | April 26, 2022 |



Dog Gone Funny

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-301-503**

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
May 31, 2022

---

## Title

**Title of Work:** Home Improvement

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 11, 2019
**Nation of 1st Publication:** United States

## Author

• **Author:** Lucia Heffernan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022

Page 1 of 2



Home Improvement

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-301-519**

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
May 31, 2022



---

## Title

**Title of Work:** Late Night Thriller

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 13, 2016
**Nation of 1st Publication:** United States

## Author

• **Author:** Lucia Heffernan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022



Late Night Thriller

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-263-801

**Effective Date of Registration:**
July 16, 2021
**Registration Decision Date:**
August 23, 2021

---

## Title

Title of Work: Norman Catwell

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: January 17, 2016
Nation of 1st Publication: United States

## Author

- Author: Lucia Heffernan
  Author Created: 2-D artwork
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1966

## Copyright Claimant

Copyright Claimant: Lucia Heffernan
153 W 2100 S, Salt Lake City, UT, 84115, United States

---

## Rights and Permissions

Name: Lucia Heffernan
Email: lucia@ldd.com

## Certification

Name: Lucia Heffernan
Date: July 16, 2021

Page 1 of 2



Norman Catwell




Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-345-645

**Effective Date of Registration:**
April 04, 2023

**Registration Decision Date:**
May 08, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Pooping on People |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | April 13, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Lucia Heffernan |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lucia Heffernan |
| | 560 E 500 S, Suite 100, SALT LAKE CITY, UT, 84102-2707, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Lucia Heffernan |
| **Email:** | lucia.h.assistant@gmail.com |
| **Telephone:** | (801)674-9179 |
| **Address:** | 560 E 500 S |
| | Suite 100 |
| | SALT LAKE CITY, UT 84102-2707 United States |

## Certification

Page 1 of 2



Pooping on People

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-302-039

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

**Title of Work:** Stool Pigeon

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 20, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022

Page 1 of 2



Stool Pigeon

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-301-516

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
May 31, 2022

---

## Title

**Title of Work:**   Tuxedo Cat

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   April 13, 2016
**Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Lucia Heffernan
**Author Created:**   2-D artwork
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:**   Lucia Heffernan
**Email:**   lucia.h.assistant@gmail.com
**Telephone:**   (801)674-9179
**Address:**   153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:**   Lucia Heffernan
**Date:**   April 26, 2022

Page 1 of 2



Tuxedo Cat