# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUCIA HEFFERNAN, | |
| Plaintiff, | Case No.: 1:24-cv-05604 |
| v. | Judge Franklin U. Valderrama |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Heather K. McShain |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Lucia Heffernan ("Plaintiff"), and Defendant No. 16 KHC Shop identified on Schedule A of the Complaint, file this joint Stipulation of Voluntary Dismissal, without prejudice. Each party is to bear its own attorneys' fees, costs and expenses.

Defendant's Motion [26] to dissolve has been withdrawn and is now moot. This dismissal terminates the last remaining defendant and the case can be closed at the Court's convenience.

| | |
|---|---|
| DATED: August 16, 2024 | Respectfully submitted, |
| */s/ Keith A. Vogt* | */s/ Casey Ann Hewitt* |
| Keith A. Vogt (Bar No. 6207971) | Casey Ann Hewitt |
| Keith Vogt, Ltd. | Hewitt Law PLLC |
| 33 West Jackson Boulevard, #2W | 41 Cottage St., Ste 2 |
| Chicago, Illinois 60604 | Littleton, NH 03561 |
| Telephone: 312-971-6752 | Telephone: (603) 991-1876 |
| E-mail: keith@vogtip.com | E-mail: casey@hewittpllc.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 16, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt